# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**JEFFREY LAUREN WRIGHT**                                               **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.: 4:17-CV-97-DMB-JMV**

**BOLIVAR COUNTY LIBRARY SYSTEM**                                **DEFENDANT**

## STAY ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides, "[a] motion to asserting… a jurisdictional defense . . . stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the [motion]…." L.U. Civ. R. 16(b)(3)(B). Because the plaintiff has moved to dismiss this case [13], staying the certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the proceedings are hereby **STAYED**, pending a ruling on the motion to dismiss. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 30th day of October, 2017.

                                                        /s/ Jane M. Virden
                                                        **UNITED STATES MAGISTRATE JUDGE**