IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JEFFREY LAUREN WRIGHT                                                                    PLAINTIFF

V.                                                                              NO. 4:17-CV-97-DMB-JMV

BOLIVAR COUNTY LIBRARY
SYSTEM                                                                                      DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 15, 2017, United States Magistrate Judge Jane M. Virden issued a Report and Recommendation recommending that Bolivar County Library System's Rule 12(b)(1) motion to dismiss, Doc. #13, be granted. Doc. #16. Subsequently, Jeffrey Lauren Wright appealed Judge Virden's order to the Fifth Circuit. Doc. #18. The Fifth Circuit dismissed Wright's appeal on April 18, 2018. Doc. #22. Wright has not filed objections to the Report and Recommendation.

Where no objections to a report and recommendation are filed, a "Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F.Supp.2d 824, 828 (E.D. Tex. 2009). This Court has reviewed the Report and Recommendation and found no plain error. Accordingly, the Report and Recommendation [16] is **ADOPTED** as the opinion of the Court. Bolivar County's motion to dismiss [13] is **GRANTED**; and the plaintiffs' claims are **DISMISSED** for lack of jurisdiction. A final judgment will issue separately.

**SO ORDERED**, this 11th day of May, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**