**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JEFFREY LAUREN WRIGHT**                                                     **PLAINTIFF**

**V.**                           **NO. 4:17-CV-97-DMB-JMV**

**BOLIVAR COUNTY LIBRARY SYSTEM**                           **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order Adopting Report and Recommendation entered this day, Jeffrey Lauren Wright's claims are **DISMISSED without prejudice**.

**SO ORDERED**, this 11th day of May, 2018.

                                                    /s/Debra M. Brown
                                                    **UNITED STATES DISTRICT JUDGE**